**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF DECEMBER 23, 2014**
**WESTERN DISTRICT**


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------

| | |
|---|---|
| WD76531 | **Dane Steven Johnson vs. State of Missouri** |
| WD76937 | **Daniel H. Kilgore vs. State of Missouri** |
| WD77284 | **Roger W. Lawrence and Elizabeth Lawrence vs. Leisure Lake Association, Inc.** |
| WD77364 | **Bradley Krahbiel and Drenda Krehbiel vs. Brad Tharp** |
| WD77583 | **In the Interest of: J.H.C.; B.M.P. and K.G.P.; Juvenile Officer, Missouri Children's Division vs. J.M.R.C.** |


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------

None